AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☑ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE PREMISES LOCATED AT 111 POMONA DR.,<br>SUITE B, GREENSBORO, NORTH CAROLINA 27407 | )<br>)<br>) Case No. 1:22MJ426-1<br>)<br>)<br>) |

FILED NOV 16 2022

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     __Middle__     District of     __North Carolina__
*(identify the person or describe the property to be searched and give its location)*:
See attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See attachment B

**YOU ARE COMMANDED** to execute this warrant on or before     __November 11, 2022__     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     __Joe L. Webster__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
     ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    __10/28/2022 8:15 am__        _[signature]_
                                                                           *Judge's signature*

City and state:    __Durham, North Carolina__        __Joe L. Webster, United States Magistrate Judge__
                                                                                    *Printed name and title*

# Return

| Case No.: 1:22MJ426-1 | Date and time warrant executed: 11/3/2022 9:20 am | Copy of warrant and inventory left with: Gregory Rachal |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

See attached inventory of items seized

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/7/2022

*Executing officer's signature*

ATF Special Agent Michael Newsome
*Printed name and title*

# Operation



CASE # 763045-21-0022  
LOCATION SITE NUMBER: 1  
EVIDENCE CUSTODIAN: SA Hunter  

LOCATION: 111 Pomona Dr., Suite B, Greensboro, NC 27407  
DATE: 11-3-22  
TEAM LEADER: SA Mike Newsome  

NAME of POSSESSOR: Gregory Vince Rachal  DOB: 11/04/64

ADDRESS of POSSESSOR: 5713 New Avedon Dr., Greensboro, NC

| ITEM # | NFORCE # | DESCRIPTION | FOUND BY |
|---|---|---|---|
| 1 | 27 | Apple iPhone, Model 11, S/N: C39CT5JCN6XM seized from RACHAL | Newsome |
| 2 | 28 | Apple iPhone, Model 12 pro, S/N: G6TFJBMN0D80 seized from RACHAL | Newsome |
| 3 | 29 | Apple iPad, white in color with brown leather located in office | Branson / Walsh |
| 4 | 30 | Dell laptop computer, S/N: X18-82396 located in office | Ciciarelli |
| 5 | 31 | Apple iPad, black in color with black leather case located in office | Ciciarelli |
| 6 | 32 | Firearm parts and accessories – Box containing assorted drum magazines located in main display room | Bryson / Hinkle |
| 7 | 33 | Firearm parts and accessories – Box #1 containing assorted magazines located in main display room and supply room | Bryson / Hinkle Walsh / Branson |

| | | | |
|---|---|---|---|
| 8 | 34 | Firearm parts and accessories - Box #2 containing assorted magazines located in main display room and supply room | Bryson / Hinkle Walsh / Branson |
| 9 | 35 | Ammunition – Box #1 approximately 6,670 rounds of assorted rifle, pistol, and shotgun ammunition seized from main display room | Bryson / Hinkle |
| 10 | 36 | Ammunition – Box #2 approximately 6,670 rounds of assorted rifle, pistol, and shotgun ammunition seized from main display room | Bryson / Hinkle |
| 11 | 37 | Ammunition – Approximately 5,870 rounds of assorted rifle, pistol, and shotgun ammunition seized from office and stock room | Hunter / Brewer Harvey / Whitsman |
| 12 | 38 | Ammunition – Approximately 10,040 rounds of assorted rifle, pistol, and shotgun ammunition seized from small supply room | Branson / Walsh |
| 13 | 39 | Corsair desk top computer tower – S/N: W15X8270063323 located in office | Ciciarelli |
| 14 | 40 | Firearms parts and accessories – Box containing assorted Polymer80 unfinished frames located in small supply room | Branson / Walsh |
| 15 | 41 | Firearm parts and accessories – Box containing assorted AR components including complete uppers, parts kits, rails, buffer tubes, and miscellaneous accessories located in main display room and small supply room | Bryson / Hinkle Walsh / Branson |
| 16 | 42 | Firearm parts and accessories – Box containing assorted pistol components including slides, barrels, and accessories located in main display room | Bryson / Hinkle |
| 17 | 43 | Firearm parts and accessories – Box containing assorted firearm optics including assorted sights and scopes located in main display room, supply room, office, and stock room | Bryson / Hinkle / Branson / Walsh / Hunter / Brewer / Harvey / Whitsman |
| 18 | 44 | Firearm parts and accessories – Box #2 containing assorted firearm optics including assorted sights and scopes located in main display room, supply room, office, and stock room | Bryson / Hinkle / Branson / Walsh |

| | | | /Hunter / Brewer / Harvey / Whitsman |
|---|---|---|---|
| 19 | 45 | Firearm parts and accessories – Box containing assorted 80% rifle lowers and jigs located in small supply room | Branson / Walsh |
| 20 | 46 | Firearm parts and accessories – Box containing assorted weapon mounted lights and accessories located in main display room and small supply room | Bryson / Hinkle Walsh / Branson |
| 21 | 47 | Firearm parts and accessories – Box containing miscellaneous firearm parts and accessories located in main display room, supply room, and office | Bryson / Hinkle / Branson / Walsh / Hunter / Brewer |
| 22 | 48 | Assorted financial documents / business records located in office | Ciciarelli |
| 23 | 49 | Glock, Model 26, 9mm pistol, S/N: BGXF920 located in truck | Ciciarelli |
| 24 | 50 | FN, Model PS90, 5.7X28mm rifle, S/N: FN128307 located in truck | Ciciarelli |
| 25 | 51 | Privately Made Firearm, Freedom Wolf pistol frame, no serial number located in office | Hunter / Brewer |
| 26 | 52 | Privately Made Firearm, Polymer80 pistol frame, no serial number located in office | Hunter / Brewer |
| 27 | 53 | Spikes Tactical, Model ST15, multi-caliber receiver, S/N: NSL165928 located in main display room | Bryson / Hinkle |

| 28 | 54 | Privately Made Firearm, completed AR receiver, no serial number or identifiable markings located in office | Hunter / Brewer |
|----|----|---|---|
| 29 | 55 | Palmetto State Armory, PA15, multi-caliber receiver, S/N: SCD613276 located in main display room | Bryson / Hinkle |
| 30 | 56 | FMK Firearms, Model AR1 Extreme, multi-caliber receiver, S/N: FMK46712 located in main display room | Bryson / Hinkle |
| 31 | 57 | FMK Firearms, Model AR1 Extreme, multi-caliber receiver, S/N: FMK46711 located in main display room | Bryson / Hinkle |
| 32 | 58 | FMK Firearms, Model AR1 Extreme, multi-caliber receiver, S/N: FMK46896 located in main display room | Bryson / Hinkle |
| 33 | 59 | 3D printed silencer, no identifiable markings or serial number located in gun safe | Harvey / Whitsman |
| 34 | 60 | FMK Firearms, Model AR1 Extreme, multi-caliber receiver, S/N: FNK46008 located in gun safe | Harvey / Whitsman |
| 35 | 61 | Kel-Tec, Model P32, .32 caliber pistol, S/N: D4J03 located in gun safe | Harvey / Whitsman |
| 36 | 62 | Privately Made Firearm, completed AR receiver, no serial number or identifiable markings located in gun safe | Harvey / Whitsman |
| 37 | 63 | Privately Made Firearm, Polymer80, Model PF45, .45 caliber pistol, no serial number, located in gun safe | Harvey / Whitsman |

| 38 | 64 | Bond Arms, Rough and Rowdy, .45 caliber derringer, S/N: 203740 located in gun safe | Harvey / Whitsman |
|---|---|---|---|
| 39 | 65 | Hi-Point, Model 4095, .40 caliber rifle, S/N: H79138 located in gun safe | Harvey / Whitsman |
| 40 | 66 | Hammerli Arms, Model Tac R1, .22 caliber rifle, S/N: HA011095 located in gun safe | Harvey / Whitsman |
| 41 | 67 | Bushmaster, Model XM15-E2S, multi-cal rifle, S/N: BFH031901 located in gun safe | Harvey / Whitsman |
| 42 | 68 | Kel-Tec, Model CMR30, .22 caliber rifle, S/N: YCD3 located in gun safe | Harvey / Whitsman |
| 43 | 69 | DPMS, Model A15, multi-caliber rifle, S/N: FFH208228 located in gun safe | Harvey / Whitsman |
| 44 | 70 | Hatsan, Model Escort, .22 bolt action rifle, S/N: TE265-20E00199 located in gun safe | Harvey / Whitsman |
| 45 | 71 | Stevens, Model 66, .22 caliber rifle, S/N: None located in gun safe | Harvey / Whitsman |
| 46 | 72 | Traditions, Model Pursuit LT, .50 caliber black powder rifle, S/N: 14-13-022895-13 located in gun safe | Harvey / Whitsman |
| 47 | 73 | Maverick, Model 88, 12 gauge shotgun, S/N: MV0819266 located in supply room | Branson / Walsh |

| | | | |
|---|---|---|---|
| 48 | 74 | Hi-Point, Model 995, 9mm rifle, S/N: E74462 located in gun safe | Harvey / Whitsman |
| 49 | 75 | Alex Pro Firearms, unknown model, multi-caliber rifle, S/N: PM005444 located in gun safe | Harvey / Whitsman |
| 50 | 76 | Privately Made Firearm, .308 caliber rifle, no serial number located in gun safe | Harvey / Whitsman |
| 51 | 77 | Berika Arms, Model FTS, 20 gauge over/under shotgun, S/N: B19U2355 located in gun safe | Harvey / Whitsman |
| 52 | 78 | Stevens, Model 320, 12 gauge shotgun, S/N: 21045JA located in supply room | Branson / Walsh |
| 53 | 79 | Remington, Model 770, .270 caliber rifle, S/N: 71565747 located in gun safe | Harvey / Whitsman |
| 54 | 80 | Remington, Model 870, 12 gauge shotgun, S/N: RS69621C located in gun safe | Harvey / Whitsman |
| 55 | 81 | Mossberg, Model 835, 12 gauge shotgun, S/N: UM734394 located in gun safe | Harvey / Whitsman |
| 56 | 82 | Marlin, Model 1895, .45-70 caliber rifle, S/N: MR24015H located in gun safe | Harvey / Whitsman |
| 57 | 83 | Kel-Tec, Model Sub2000, 9mm rifle, S/N: FF3P05 located in office | Hunter / Brewer |
| 58 | 84 | Remington, Model 783, 7mm rifle, S/N: RA79366A located in office | Hunter / Brewer |

| | | | Description | Found By |
|---|---|---|---|---|
| 59 | 85 | | Mossberg, Model Patriot, 6.5 creedmoor, S/N: MPR0362139 located in office | Hunter / Brewer |

| | | | DESCRIPTION | FOUND BY |
|---|---|---|---|---|
| 61 | 86 | | $8,078 in US Currency converted to a cashiers check made payable to USMS. ($4,322.00 in office safe, $1,544.00 in office desk, $2,212.00 from RACHAL's pocket) | Hunter / Brewer Newsome |
| 62 | 87 | | Computer Equipment – Small pouch containing (4) USB drives located in vehicle | Ciciarelli |
| 63 | 88 | | Small safe located in vehicle | Ciciarelli |
| 64 | | | | |
| 65 | | | | |
| 66 | | | | |
| 67 | | | | |
| 68 | | | | |
| 69 | | | | |